# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

**Effective October 5, 2015 – In addition to filing this motion in ECF, the proposed admittee must also apply for "Pro Hac Vice" admission through his or her PACER account if he or she has not been previously admitted pro hac vice to the District of Minnesota.**

**Case Number:** 23-cv-00273

**Case Title:** Wells et al v. Hanneman et al

**Affidavit of Movant**

I, <u>Jeffrey S. Storms</u>, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice <u>Sam Harton</u>, an attorney admitted to practice and currently in good standing in the U.S. District Court for (please identify ***ONE*** specific district to which the attorney is admitted) <u>Northern District of Illinois</u>, but not admitted to the bar of this court, who will be counsel for the plaintiffs <u>Karen Wells and Andre Locke</u> in the case listed above. I am aware that the local rules of this court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

<u>Check one of the following</u>:

√ - I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by LR 83.5(d) (sign and complete information below).

I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under LR 83.5(d). I agree to participate in the preparation and the presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court (sign and complete information below and attach a completed Motion for Permission for a Non-Resident to Serve as Local Counsel).

  Signature: <u>/s/ Jeffrey S. Storms</u>        February 16, 2023

  MN Attorney License #: <u>0387240</u>

**Affidavit of Proposed Admittee**

I, Sam Harton, am currently a member in good standing of the U.S. District Court for the (please identify **ONE** specific district to which you are admitted) Northern District of Illinois, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I consent to service required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature: /s/ Sam Harton              Date: February 16, 2023

Typed Name: Sam Harton

Attorney License Number: 6342112 issued by the State of Illinois

Law Firm Name: Romanucci & Blandin LLC

Law Firm Address: 321 North Clark Street Suite 900 Chicago Illinois 60654

Main phone:         (312) 458-1000

Direct line:         (312) 253-8590

E-mail address: sharton@rblaw.net

This motion must be converted to a PDF and then electronically filed in the case. The Pro Hac Vice motion fee of $100 must be paid when filing this motion in CM/ECF through Pay.gov. **You will not be able to complete the filing of this motion without paying the motion fee through Pay.gov.** Pay.gov is an electronic system of the U.S. Department of the Treasury that allows users to make secure electronic payments to federal government agencies. Payments can be made directly from a checking or savings account or by using a credit or debit card.

**PLEASE NOTE IN ADDITION to filing this motion in the case and paying the fee, the proposed admittee MUST also apply for "Pro Hac Vice" Admission to the District of Minnesota through his or her individual upgraded PACER ACCOUNT.** This last step only needs to be completed the first time a proposed admittee is admitted Pro Hac Vice to the District of Minnesota. For detailed step by step instructions, click here.

For questions, please email the ecf helpdesk at ecfhelpdesk@mnd.uscourts.gov or contact an Attorney Admissions Clerk at 651-848-1100.