UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Karen Wells and Andre Locke, as co-trustees for the next of kin of Amir Rahkare Locke, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Hanneman, in his individual capacity as a Minneapolis police officer, and the City of Minneapolis,<br><br>Defendants. | Case 23-CV-273 (WMW/JFD)<br><br><br><br><br>**NOTICE OF HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS BY DEFENDANTS** |

Please take notice that the Motion for Judgment on the Pleadings brought by Defendants, Mark Hanneman and the City of Minneapolis (collectively and hereinafter "Defendants"), will be heard by the Honorable Wilhelmina M. Wright, United States District Judge for the District of Minnesota, in Courtroom 7A of the United States District Court, located at 316 N. Robert Street, St. Paul, MN 55101 on Thursday July 27, 2023 at 9:00 a.m.

Dated: April 11, 2023

KRISTYN ANDERSON
City Attorney
By    /s/ *Tracey N. Fussy*
TRACEY N. FUSSY (#311807)
MARK ENSLIN (#338813)
REBEKAH M. MURPHY (#392912)
Assistant City Attorneys
City Hall, Room 210
350 South Fifth Street
Minneapolis, MN  55415
(612) 673-2254
(612) 673-5132
(612) 673-2017
tracey.fussy@minneapolismn.gov
mark.enslin@minneapolismn.gov
rebekah.murphy@minneapolismn.gov

*Attorneys for Defendants*