# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Karen Wells and Andre Locke, *as co-trustees for the next of kin of Amir Rahkare Locke, deceased*, | Case No. 23-CV-273 (WMW/JFD) |
| Plaintiffs, | |
| v. | **STATEMENT INSTEAD OF REDACTED DOCUMENT** |
| Mark Hanneman, *in his individual capacity as a Minneapolis police officer*, and the City of Minneapolis, | |
| Defendants. | |

Defendants, Mark Hanneman and the City of Minneapolis (hereinafter "Defendants") are filing this Statement Instead of Redacted Document to the Answer of Defendants (Dkt. 12) to the Complaint under temporary seal pursuant to Local Rule 5.6.

Exhibit 1 is a video recording from the body-worn camera of Sergeant John Sysaath, during the incident that forms the basis of this lawsuit. The video recording is confidential, and redaction is impracticable.

Exhibit 2 is a video recording from the body-worn camera of Lieutenant Troy Carlson, during the incident that forms the basis of this lawsuit. The video recording is confidential, and redaction is impracticable.

Exhibit 3 is a video recording from the body-worn camera of Defendant Mark Hanneman, during the incident that forms the basis of this lawsuit. The video recording is confidential, and redaction is impracticable.

Exhibit 4 is a video recording from the body-worn camera of Defendant Mark Hanneman, subsequent to the incident that forms the basis of this lawsuit. The video recording is confidential, and redaction is impracticable.

Exhibit 5 is a video recording from the body-worn camera of Officer Aaron Pearson, during the incident that forms the basis of this lawsuit. The video recording is confidential, and redaction is impracticable.

Exhibit 6 is a video recording from the body-worn camera of Officer Dominic Manelli, during the incident that forms the basis of this lawsuit. The video recording is confidential, and redaction is impracticable.

Exhibit 7 is a video recording from the body-worn camera of Officer Conan Hickey, during the incident that forms the basis of this lawsuit. The video recording is confidential, and redaction is impracticable.

Exhibit 8 is a video recording from the body-worn camera of Officer Ryan Carrero, during the incident that forms the basis of this lawsuit. The video recording is confidential, and redaction is impracticable.

Exhibit 9 is a video recording from the body-worn camera of Officer Nathan Sundberg, during the incident that forms the basis of this lawsuit. The video recording is confidential, and redaction is impracticable.

Exhibit 10 is a video recording from the body-worn camera of Sergeant John Biederman, during the incident that forms the basis of this lawsuit. The video recording is confidential, and redaction is impracticable.

Exhibit 11 is the St. Paul Police Department search warrant from the incident that forms the basis of this lawsuit. The search warrant is confidential, and redaction is impracticable.

Dated: April 11, 2023

KRISTYN ANDERSON
City Attorney
By */s Tracey Fussy*
TRACEY N. FUSSY (#311807)
MARK ENSLIN (#338813)
REBEKAH M. MURPHY (#392912)
Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-2254
(612) 673-5132
(612) 673-2017
tracey.fussy@minneapolismn.gov
mark.enslin@minneapolismn.gov
rebekah.murphy@minneapolismn.gov

*Attorneys for Defendants*