UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Karen Wells and Andre Locke, as co-trustees for the next of kin of Amir Rahkare Locke, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Hanneman, in his individual capacity as a Minneapolis police officer, and the City of Minneapolis,<br><br>Defendants. | Case 23-CV-273 (WMW/JFD)<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

PLEASE TAKE NOTICE that Defendants, Mark Hanneman and the City of Minneapolis (hereinafter "Defendants"), hereby withdraw their Motion for Judgment on the Pleadings (ECF No. 14). Defendants intend to refile the Motion and accompanying briefing closer to the hearing scheduled for July 27, 2023 at 9:00 a.m.

Dated: April 12, 2023

KRISTYN ANDERSON
City Attorney
By      /s/ *Tracey N. Fussy*
TRACEY N. FUSSY (#311807)
MARK ENSLIN (#338813)
REBEKAH M. MURPHY (#392912)
Assistant City Attorneys
City Hall, Room 210
350 South Fifth Street
Minneapolis, MN  55415
(612) 673-2254
(612) 673-5132
(612) 673-2017
tracey.fussy@minneapolismn.gov
mark.enslin@minneapolismn.gov
rebekah.murphy@minneapolismn.gov

*Attorneys for Defendants*