UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Karen Wells and Andre Locke, as co-trustees for the next of kin of Amir Rahkare Locke, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Hanneman, in his individual capacity as a Minneapolis police officer, and the City of Minneapolis,<br><br>Defendants. | Case 23-CV-273 (WMW/JFD)<br><br><br><br>**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

Defendants, Mark Hanneman and the City of Minneapolis (collectively and hereinafter "Defendants"), hereby move this Court for judgment on the pleadings pursuant to Federal Rules of Civil Procedure 12(c) for an order dismissing Plaintiffs' Complaint in its entirety.

This motion is made upon all the files, records, and proceeding herein, including all arguments of counsel at the hearing on this motion scheduled for July 27, 2023 at 9:00 a.m. before the Court.

Dated: June 15, 2023

KRISTYN ANDERSON
City Attorney
By  *s/ Tracey Fussy*
TRACEY FUSSY (3117807)
MARK ENSLIN (338813)
REBEKAH MURPHY (392912)
Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-2254
(612) 673-5132
(612) 673-2017
tracey.fussy@minneapolismn.gov
mark.enslin@minneapolismn.gov
rebekah.murphy@minneapolismn.gov

*Attorneys for Defendants*