UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Karen Wells and Andre Locke, as co-trustees for the next of kin of Amir Rahkare Locke, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Hanneman, in his individual capacity as a Minneapolis police officer, and the City of Minneapolis,<br><br>Defendants. | Case 23-CV-273 (WMW/JFD)<br><br><br><br>**DEFENDANTS' NOTICE OF HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS** |

Please take notice that the Motion for Judgment on the Pleadings brought by Defendants, Mark Hanneman and the City of Minneapolis (collectively and hereinafter "Defendants"), will be heard by the Honorable Wilhelmina M. Wright, United States District Judge for the District of Minnesota, in Courtroom 7A of the United States District Court, located at 316 N. Robert Street, St. Paul, MN 55101 on Thursday July 27, 2023 at 9:00 a.m.

Dated: June 15, 2023

KRISTYN ANDERSON
City Attorney
By  *s/ Tracey Fussy*
TRACEY FUSSY (3117807)
MARK ENSLIN (338813)
REBEKAH MURPHY (392912)
Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-2254
(612) 673-5132
(612) 673-2017
tracey.fussy@minneapolismn.gov
mark.enslin@minneapolismn.gov
rebekah.murphy@minneapolismn.gov

*Attorneys for Defendants*