UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Karen Wells and Andre Locke, as co-trustees for the next of kin of Amir Rahkare Locke, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Hanneman, in his individual capacity as a Minneapolis police officer, and the City of Minneapolis,<br><br>Defendants. | Case 23-CV-273 (WMW/JFD)<br><br><br><br>**LR 7.1 WORD COUNT COMPLIANCE CERTIFICATE** |

I, Tracey Fussy, certify that Defendants' Memorandum in Support of Motion for Partial Judgment on the Pleadings complies with Local Rules 7.1(f) and 7.1(h).

I also certify that, in preparation of this certificate of compliance, I used MS Word 2016 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

Additionally, I certify that the above referenced memorandum contains 7,682 words.

Dated: June 15, 2023

KRISTYN ANDERSON
City Attorney
By     *s/ Tracey Fussy*
TRACEY N. FUSSY (#311807)
MARK ENSLIN (#338813)
REBEKAH M. MURPHY (#392912)
Assistant City Attorneys
City Hall, Room 210
350 South Fifth Street
Minneapolis, MN  55415
(612) 673-2254
(612) 673-5132
(612) 673-2017
tracey.fussy@minneapolismn.gov
mark.enslin@minneapolismn.gov
rebekah.murphy@minneapolismn.gov

*Attorneys for Defendants*