UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Karen Wells and Andre Locke, as co-trustees for the next of kin of Amir Rahkare Locke, deceased,

        Plaintiffs,

    vs.

Mark Hanneman, in his individual capacity as a Minneapolis police officer, and the City of Minneapolis,

        Defendants.

Case 23-CV-273 (WMW/JFD)

**MEET AND CONFER STATEMENT**

---

On behalf of Defendants, Mark Hanneman and the City of Minneapolis; (collectively and hereinafter "Defendants"), I hereby certify that I conferred with counsel for Plaintiffs, Jeffrey Storms, via Zoom meeting on June 14, 2023. The parties do not agree on the resolution of any part of the motion.

Dated: June 15, 2023                    KRISTYN ANDERSON
                                        City Attorney
                                        By  *s/ Tracey Fussy*
                                        TRACEY FUSSY (3117807)
                                        MARK ENSLIN (338813)
                                        REBEKAH MURPHY (392912)
                                        Assistant City Attorneys
                                        Minneapolis City Attorney's Office
                                        350 South Fifth Street, Room 210
                                        Minneapolis, MN 55415
                                        (612) 673-2254
                                        (612) 673-5132
                                        (612) 673-2017
                                        tracey.fussy@minneapolismn.gov
                                        mark.enslin@minneapolismn.gov
                                        rebekah.murphy@minneapolismn.gov

                                        *Attorneys for Defendants*