UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Karen Wells, and Andre Locke,<br><br>               Plaintiffs,<br><br>v.<br><br>Mark Hanneman, and City of Minneapolis,<br><br>               Defendants. | **COURT MINUTES**<br>BEFORE: DOUGLAS L. MICKO<br>U.S. MAGISTRATE JUDGE<br><br>Case No:    23cv273 (WMW/DLM)<br>Date:       June 21, 2023<br>Location:   Courtroom 6B<br>Court Reporter: n/a<br>Time Commenced: n/a<br>Time Concluded: n/a<br>Time in Court: n/a    Minutes |

**PRETRIAL CONFERENCE**

**APPEARANCES:**

    Plaintiff: Jeffery Storm, Bhavani Raveendran, and Naomi Martin

    Defendant: Tracey Fussy

**PROCEEDINGS:**

    The pretrial conference scheduled for today, June 21, 2023, was canceled and the Parties held an informal conference with Magistrate Judge Micko. The Parties agreed to send a joint update letter via email to Judge Micko's chambers at micko_chambers@mnd.uscourts.gov on or before Friday, June 30, 2023.

                                                    *s/ AEF*