UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Karen Wells and Andre Locke as
co-trustees for the next of kin of
Amir Rahkare Locke, deceased,

                Plaintiffs,

v.

Mark Hanneman, in his individual capacity
as a Minneapolis police officer, and the
City of Minneapolis,

                Defendants.

Case No. 23-cv-273 (WMW/DLM)

**Stipulation Regarding
Scheduling and Other Relief**

      Whereas, the Defendants filed a Motion for Judgment on the Pleadings, scheduled for hearing on July 27, 2023;

      Whereas, the parties met and conferred on several scheduling issues, including Plaintiffs' intent to file a First Amended Complaint;

      Whereas, the parties attended a Pretrial Conference on June 21, 2023, which was converted into a Chambers Conference [ECF No. 34] in light of the parties' meet and confer efforts;

      Whereas, the parties were Ordered to provide the Court with an update by June 30, 2023, regarding the implications of the First Amended Complaint and other matters that were met and conferred on;

Whereas, the parties have reached the following agreement and respectfully request that the Court issue the necessary Order (or Orders) to effectuate this agreement:

1. Defendants withdraw their pending Motion for Judgment on the Pleadings without prejudice, and the July 27, 2023 Hearing on Defendants' Motion for Judgment on the Pleadings shall be stricken from the Court's Calendar with no further briefing relative to that motion;

2. Plaintiffs shall file and serve the First Amended Complaint and a redline by July 7, 2023;

3. Defendants reserve all rights and defenses with respect to the First Amended Complaint and Plaintiffs will not argue, or use this stipulation to argue, that Defendants have waived, altered, or otherwise limited their defenses to the First Amended Complaint;

4. Defendants shall have until August 27, 2023, to respond to Plaintiffs' First Amended Complaint;

5. The parties shall provide an Amended Rule 26(f) Report to the Court by July 7, 2023, while Defendants reserve their right to seek a stay of all discovery;

6. Plaintiffs will propose a date for initial disclosures no sooner than September 1, 2023;

7. Plaintiffs agree that Defendants will have at least 60 days after service of written discovery or until October 1, 2023, whichever is later, to respond to any discovery requests and produce documents;

8. The parties can start issuing subpoenas to third parties immediately upon entry of a Protective Order; and

9. The Court shall set a new date for a Pretrial Conference held via Zoom or other remote means.

**Stipulated and agreed on behalf of the parties by:**

|  |  |
|---|---|
|  | **NEWMARK STORMS DWORAK LLC** |
| Dated: June 30, 2023 | /s/ Jeffrey S. Storms |
|  | Jeffrey Storms (#0387240) |
|  | Ryan O. Vettleson, #0312915 |
|  | Naomi E. H. Martin, #0402332 |
|  | 222 South 9th Street, Suite 470 |
|  | Minneapolis, MN 55402 |
|  | Telephone: (612) 455-7050 |
|  | Facsimile: (612) 455-7051 |
|  | E-mail: jeff@newmarkstorms.com |
|  | ryan@newmarkstorms.com |
|  | naomi@newmarkstorms.com |

*- and -*

**ROMANUCCI & BLANDIN**

/s/ Bhavani Raveendran
Antonio M. Romanucci (Admitted pro hac vice)
(Illinois ARDC No, 6190290)
Bhavani Raveendran (Admitted pro hac vice)
(Illinois ARDC No, 6309968)
Sam Harton (Admitted pro hac vice)
(Illinois ARDC No. 6342112)
321 North Clark St., Suite 900
Chicago, Illinois 60654
Phone: 312-458-1000
Fax: 312-458-1004
Email: aromanucci@rblaw.net
braveendran@rblaw.net
sharton@rblaw.net

        *- and -*

**BEN CRUMP LAW**
Christopher M. O'Neal (*pro hac vice*)
(Florida Bar No. 0910201)
717 D Street N.W., Suite 310
Washington, D.C. 20004
E-mail: chris@bencrump.com

*Attorneys for Plaintiffs*

DATE: June 30, 2023

KRISTYN ANDERSON
City Attorney
By   S/ TRACEY FUSSY
TRACEY N. FUSSY (#0311807)
MARK ENSLIN (#0338813)
REBEKAH M. MURPHY (#0392912)
Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-2254
(612) 673-5132
(612) 673-2017
tracey.fussy@minneapolismn.gov
mark.enslin@minneapolismn.gov
rebekah.murphy@minneapolismn.gov

*Attorneys for Defendants*