UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Karen Wells and Andre Locke as
co-trustees for the next of kin of
Amir Rahkare Locke, deceased,

                Plaintiffs,

v.

Mark Hanneman, in his individual capacity
as a Minneapolis police officer, and the
City of Minneapolis,

                Defendants.

Case No. 23-cv-273 (WMW/DLM)

**Order Regarding Scheduling
and Other Relief**

The parties' Stipulation Regarding Scheduling and Other Relief came before the Court on June 29, 2023. [ECF No. 36.] The Court finds good cause to grant the relief requested by the parties, and ORDERS as follows:

1. The July 27, 2023 Hearing on Defendants' Motion for Judgment on the Pleadings is stricken from the Court's Calendar with no further briefing on that motion;

2. Plaintiffs shall file and serve the First Amended Complaint and a redline by July 7, 2023;

3. Defendants reserve all rights and defenses with respect to the First Amended Complaint and Plaintiffs will not argue, or use this stipulation to argue, that Defendants have waived, altered, or otherwise limited their defenses to the First Amended Complaint;

4.  Defendants shall have until August 27, 2023, to respond to Plaintiffs' First Amended Complaint;

5.  The parties shall provide an Amended Rule 26(f) Report to the Court by July 7, 2023, without prejudice to Defendants' right to seek a stay of all discovery;

6.  Plaintiffs shall propose a date for initial disclosures no sooner than September 1, 2023;

7.  Defendants will have at least 60 days after service of written discovery or until October 1, 2023, whichever is later, to respond to any discovery requests and produce documents;

8.  The parties can start issuing subpoenas to third parties immediately upon entry of a Protective Order; and

9.  The Court shall hold a Pretrial Conference held via Zoom on _____.

Date: _____, 2023

BY THE COURT:

_____
Honorable Douglas L. Micko
United States Magistrate Judge