## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Karen Wells and Andre Locke as co-trustees for the next of kin of Amir Rahkare Locke, deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>Mark Hanneman, in his individual capacity as a Minneapolis police officer, and the City of Minneapolis,<br><br>    Defendants. | No. 23-cv-273 (WMW/DLM)<br><br>**ORDER** |

The parties' Stipulation Regarding Scheduling and Other Relief came before the Court on June 29, 2023. (Doc. 36.) The Court finds good cause to grant the relief requested by the parties, and ORDERS as follows:

    1.    The July 27, 2023 Hearing on Defendants' Motion for Judgment on the Pleadings is stricken from the Court's Calendar with no further briefing on that motion;

    2.    Plaintiffs shall file and serve the First Amended Complaint and a redline by July 7, 2023;

    3.    Defendants reserve all rights and defenses with respect to the First Amended Complaint and Plaintiffs will not argue, or use this stipulation to argue, that Defendants have waived, altered, or otherwise limited their defenses to the First Amended Complaint;

    4.    Defendants shall have until August 27, 2023, to respond to Plaintiffs' First Amended Complaint;

5. The parties shall provide an Amended Rule 26(f) Report to the Court by July 7, 2023, without prejudice to Defendants' right to seek a stay of all discovery;

6. Plaintiffs shall propose a date for initial disclosures no sooner than September 1, 2023;

7. Defendants will have at least 60 days after service of written discovery or until October 1, 2023, whichever is later, to respond to any discovery requests and produce documents; and

8. The parties can start issuing subpoenas to third parties immediately upon entry of a Protective Order.

DATED:  July 5, 2023                               *s/Douglas L. Micko*
                                                    DOUGLAS L. MICKO
                                                    United States Magistrate Judge