UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Karen Wells and Andre Lock as co-trustees for the next of kin of Amir Rahkare Locke, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Hanneman, in his individual capacity as a Minneapolis police officer, and the City of Minneapolis,<br><br>Defendants. | Case No. 23-cv-00273 (WMW/DLM)<br><br>**DEFENDANTS' MOTION FOR STAY OF DISCOVERY** |

PLEASE TAKE NOTICE that Defendants will move the United States District Court, District of Minnesota, for an order staying all discovery in this case pending resolution of their Motion for Judgment on the Pleadings. This motion will be based on the motion papers with no formal hearing.

This motion is being made by the following Defendants associated with the City of Minneapolis:

- Mark Hanneman, in an individual capacity.

This motion is being made under Federal Rule of Civil Procedure 26, the accompanying memorandum of law, and all of the Court's files and proceedings

in this matter.

Dated: September 8, 2023                Respectfully submitted,

                                        KRISTYN ANDERSON
                                        City Attorney
                                        By  *s/ Tracey N. Fussy*
                                        TRACEY N. FUSSY (3117807)
                                        MARK ENSLIN (338813)
                                        REBEKAH M. MURPHY (392912)
                                        Assistant City Attorneys
                                        Minneapolis City Attorney's Office
                                        350 South Fifth Street, Room 210
                                        Minneapolis, MN 55415
                                        (612) 673-2254
                                        (612) 673-5132
                                        (612) 673-2017
                                        tracey.fussy@minneapolismn.gov
                                        mark.enslin@minneapolismn.gov
                                        rebekah.murphy@minneapolismn.gov

                                        *Attorneys for Defendants*