UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Karen Wells and Andre Locke, as co-trustees for the next of kin of Amir Rahkare Locke, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Hanneman, in his individual capacity as a Minneapolis police officer, and the City of Minneapolis,<br><br>Defendants. | Case 23-CV-273 (WMW/DLM)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR STAY OF DISCOVERY** |

The above-entitled matter came before the Honorable Wilhelmina M. Wright, United States District Judge for the District of Minnesota, on the Rule 12(c) Motion for Stay of Discovery brought by Defendants, Mark Hanneman and the City of Minneapolis (collectively and hereinafter "Defendants").

The Court, based upon all the files, records, and proceedings herein, makes the following:

**ORDER**

The Defendants' Motion for Stay of Discovery (Dkt. __) is **GRANTED**.

Dated: _____, 2023

_____
WILHELMINA M. WRIGHT
United States District Judge