# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Karen Wells and Andre Locke as co-trustees for the next of kin of Amir Rahkare Locke, deceased,<br><br>      Plaintiffs,<br><br>v.<br><br>Mark Hanneman, in his individual capacity as a Minneapolis police officer, and the City of Minneapolis,<br><br>      Defendants. | Case No. 23-cv-273 (WMW/DLM)<br><br>**Certificate of Word Count Compliance** |

The undersigned hereby certifies that in accordance with Local Rule 7.1(f), Plaintiff's was prepared in a 13-point proportional font, and contains 6,460 total words, including headings, footnotes, and quotations, according to Microsoft Word word count feature.

**NEWMARK STORMS DWORAK LLC**

**Dated:** September 15, 2023

/s/ Jeffrey S. Storms
Jeffrey Storms (#0387240)
Ryan O. Vettleson, #0312915
Naomi E. H. Martin, #0402332
222 South 9th Street, Suite 470
Minneapolis, MN 55402
Telephone:  (612) 455-7050
Facsimile:  (612) 455-7051
E-mail: jeff@newmarkstorms.com
      ryan@newmarkstorms.com
      naomi@newmarkstorms.com

- and -

**ROMANUCCI & BLANDIN**
Antonio M. Romanucci (Admitted pro hac vice)
(Illinois ARDC No, 6190290)
Bhavani Raveendran (Admitted pro hac vice)
(Illinois ARDC No, 6309968)
Sam Harton (Admitted pro hac vice)
(Illinois ARDC No. 6342112)
321 North Clark St., Suite 900
Chicago, Illinois 60654
Phone: 312-458-1000
Fax: 312-458-1004
Email: aromanucci@rblaw.net
braveendran@rblaw.net
sharton@rblaw.net

- and -

**BEN CRUMP LAW**
Christopher M. O'Neal (*pro hac vice*)
(Florida Bar No. 0910201)
717 D Street N.W., Suite 310
Washington, D.C. 20004
E-mail: chris@bencrump.com