UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Karen Wells and Andre Locke,

Plaintiff,

vs.

Mark Hanneman and the City of Minneapolis,

Defendants.

Court File No.  23-cv-273 (WMW/JFD)

**NOTICE OF APPEARANCE
OF MATT MASON**

TO:    The Clerk of District Court and All Counsel of Record:

PLEASE TAKE NOTICE that the undersigned, Assistant Attorney General Matt Mason, will appear as counsel for the Office of the Minnesota Attorney General, the Minnesota Department of Public Safety, and the Minnesota Bureau of Criminal Apprehension in the above-entitled action.

Dated:  October 9, 2023

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota


s/ Matt Mason
MATT MASON
Assistant Attorney General
Atty. Reg. No. 0397573

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1477 (Voice)
(651) 282-5832 (Fax)
matt.mason@ag.state.mn.us

ATTORNEY FOR THE OFFICE OF THE
MINNESOTA ATTORNEY GENERAL,
MINNESOTA DEPARTMENT OF PUBLIC
SAFETY, AND MINNESOTA BUREAU OF
CRIMINAL APPREHENSION

|#5608538-v1