UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Karen Wells and Andre Locke, as co-trustees for the next of kin of Amir Rahkare Locke, deceased, | Case No. 23-CV-273 (WMW/DLM) |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| Mark Hanneman, in his individual capacity as a Minneapolis police officer, and the City of Minneapolis, | |
| Defendants. | |

---

The undersigned attorney hereby notifies the Court and counsel that Assistant City Attorney Kristin R. Sarff shall appear as counsel on behalf of Defendants Mark Hanneman and the City of Minneapolis in this matter.

Dated:  October 12, 2023

KRISTYN M. ANDERSON
City Attorney
By
   */s/ Tracey Fussy*
TRACEY N. FUSSY (#311807)
KRISTIN R. SARFF (#388003)
MARK ENSLIN (#338813)
REBEKAH M. MURPHY (#392912)
Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-2254

(612) 673-3919
(612) 673-5132
(612) 673-2017
tracey.fussy@minneapolismn.gov
kristin.sarff@minneapolismn.gov
mark.enslin@minneapolismn.gov
rebekah.murphy@minneapolismn.gov

*Attorneys for Defendants*