UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Karen Wells and Andre Locke, as co-trustees for the next of kin of Amir Rahkare Locke, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>Mark Hanneman, in his individual capacity as a Minneapolis police officer, and the City of Minneapolis,<br><br>Defendants. | Case No. 23-CV-273 (WMW/DLM)<br><br>**DEFENDANTS'<br>NOTICE OF MOTION FOR<br>JUDGMENT ON THE PLEADINGS** |

PLEASE TAKE NOTICE that Defendants Mark Hanneman and the City of Minneapolis ("Defendants") will move the Court pursuant to Rule 12(c) of the Federal Rules of Civil Procedure for an Order for Judgment on the Pleadings and dismissal of all counts against the Defendants. This Motion is made upon all the files, records, and proceedings herein.

Dated: October 17, 2023

KRISTYN ANDERSON
City Attorney
By
 /s/ Tracey Fussy
TRACEY N. FUSSY (#311807)
KRISTIN R. SARFF (#388003)
MARK ENSLIN (#338813)
REBEKAH M. MURPHY (#392912)
Assistant City Attorneys

Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-2254
(612) 673-3919
(612) 673-5132
(612) 673-2017
tracey.fussy@minneapolismn.gov
kristin.sarff@minneapolismn.gov
mark.enslin@minneapolismn.gov
rebekah.murphy@minneapolismn.gov

*Attorneys for Defendants*