UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Karen Wells and Andre Locke, as co-trustees for the next of kin of Amir Rahkare Locke, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>Mark Hanneman, in his individual capacity as a Minneapolis police officer, and the City of Minneapolis,<br><br>Defendants. | Case No. 23-CV-273 (WMW/DLM)<br><br>**NOTICE OF HEARING ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

PLEASE TAKE NOTICE that Defendants Mark Hanneman and the City of Minneapolis' ("Defendants") Motion for Judgment on the Pleadings will be heard on November 28, 2023, at 10:30 a.m., before the Honorable Wilhelmina M. Wright, Judge of United States District Court, in Courtroom 7D, 734 Federal Building, 316 North Robert Street, St. Paul, Minnesota, 55101.

Dated: October 17, 2023

KRISTYN ANDERSON
City Attorney
By
   /s/ *Tracey N. Fussy*
TRACEY N. FUSSY (#311807)
KRISTIN R. SARFF (#388003)
MARK ENSLIN (#338813)
REBEKAH M. MURPHY (#392912)
Assistant City Attorneys

Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-2254
(612) 673-3919
(612) 673-5132
(612) 673-2017
tracey.fussy@minneapolismn.gov
kristin.sarff@minneapolismn.gov
mark.enslin@minneapolismn.gov
rebekah.murphy@minneapolismn.gov

*Attorneys for Defendants*