UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Karen Wells and Andre Locke, as co-trustees for the next of kin of Amir Rahkare Locke, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Hanneman, in his individual capacity as a Minneapolis police officer, and the City of Minneapolis,<br><br>Defendants. | Case 23-CV-273 (WMW/JFD)<br><br><br><br>**MEET AND CONFER STATEMENT** |

On behalf of Defendants, Mark Hanneman and the City of Minneapolis ("Defendants"), I hereby certify that I conferred with counsel for Plaintiffs, Jeffrey Storms, via Zoom meeting on June 14, 2023. The parties do not agree on the resolution of any part of the motion.

Dated: October 17, 2023

KRISTYN ANDERSON
City Attorney
By
  /s/ *Tracey N. Fussy*
TRACEY N. FUSSY (#3117807)
KRISTIN R. SARFF (#388003)
MARK ENSLIN (#338813)
REBEKAH MURPHY (#392912)
Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210

Minneapolis, MN 55415
(612) 673-2254
(612) 673-3919
(612) 673-5132
(612) 673-2017
tracey.fussy@minneapolismn.gov
kristin.sarff@minneapolismn.gov
mark.enslin@minneapolismn.gov
rebekah.murphy@minneapolismn.gov

*Attorneys for Defendants*