UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Karen Wells and Andre Locke, as co-trustees for the next of kin of Amir Rahkare Locke, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>Mark Hanneman, in his individual capacity as a Minneapolis police officer, and the City of Minneapolis,<br><br>Defendants. | Case No. 23-CV-273 (WMW/DLM)<br><br>**PROPOSED ORDER FOR JUDGMENT ON THE PLEADINGS** |

The above matter came before the Honorable Wilhelmina M. Wright, United States District Judge for the District of Minnesota, at a hearing on the Motion for Judgment on the Pleadings brought by Defendants Mark Hanneman and the City of Minneapolis ("Defendants"). Tracey Fussy appeared on behalf of the moving Defendants. Jeffrey Storms appeared on behalf of the Plaintiffs.

The Court, having heard the arguments of counsel and based upon all the files, records, and proceedings herein, makes the following:

**ORDER**

1. Defendants' Motion for Judgment on the Pleadings (Dkt. ____) is **GRANTED**.

2. Plaintiffs' Complaint is dismissed in its entirety.

Dated: _____, 2023

_____
WILHELMINA M. WRIGHT
United States District Judge
District of Minnesota