UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Karen Wells and Andre Lock as co-trustees for the next of kin of Amir Rahkare Locke, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Hanneman, in his individual capacity as a Minneapolis police officer, and the City of Minneapolis,<br><br>Defendants. | Case No. 23-cv-00273 (WMW/DLM)<br><br>**LR 7.1 WORD COUNT COMPLIANCE CERTIFICATE** |

I, Tracey Fussy, certify that Defendants' Reply Memorandum of Law in Support of its Motion for Judgment on the Pleadings complies with Local Rules 7.1(f) and 7.1(h).

I also certify that, in preparation of this certificate of compliance, I used MS Word 2016 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

Additionally, I certify that the above referenced memorandum contains 5,728 words.

Dated: November 14, 2023

KRISTYN ANDERSON
City Attorney
By
 */s/ Tracey N. Fussy*
TRACEY N. FUSSY (#3117807)
KRISTIN R. SARFF (#388003)
MARK ENSLIN (#338813)
Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-2254
(612) 673-3919
(612) 673-5132
tracey.fussy@minneapolismn.gov
kristin.sarff@minneapolismn.gov
mark.enslin@minneapolismn.gov

*Attorneys for Defendants*