UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Karen Wells and Andre Locke as
co-trustees for the next of kin of
Amir Rahkare Locke, deceased,

                Plaintiffs,

v.

Mark Hanneman, in his individual capacity
as a Minneapolis police officer, and the
City of Minneapolis,

                Defendants.

Case No. 23-cv-273 (ECT/DLM)

**Joint Motion Striking Pretrial Conference**

Whereas, this case involves claims by Plaintiffs against the above municipal Defendant, the City of Minneapolis (the "City"), and its employee, Mark Hanneman, individually, and in his capacity as an employee (collectively, "Defendants");

Whereas, the Defendants brought a Motion for Judgment on the Pleadings, seeking to dismiss the entirety of this action;

Whereas, this Court issued an Order on July 8, 2024, denying the entirety of Defendants' motion;

Whereas, on July 11, 2024, this Court issued an Order Setting Pretrial Conference ("July 11, 2024 Order"), setting a pretrial conference for August 12, 2024;

Whereas, the Defendants intend to file a notice of interlocutory appeal to the Eighth Circuit Court of Appeals on or before August 7, 2024, which Defendants assert would stay the entirety of these proceedings;

Whereas, the Defendants respectfully request that the Court cancel the pretrial conference set for August 12, 2024 and strike the July 11, 2024 Order and the requirements set forth therein;

Whereas, Plaintiffs do not waive and expressly preserve any jurisdictional argument they may raise in response to Defendants' appeal, but do not object to this request solely because they believe it makes sense from an efficiency standpoint;

Whereas, Plaintiffs' present intent is to file a motion to dismiss Defendants' appeal for a lack of jurisdiction;

Now therefore, the parties jointly move the Court to issue an Order as follows:

1. The Pretrial Conference in this matter set for August 12, 2024, is hereby stricken as are all deadlines set forth in this Court's July 11, 2024 Order Setting Pretrial Conference; and

2. The parties shall alert the Court within five business days upon the entry of any Order by the Eighth Circuit holding that jurisdiction remains or shall be returned to this Court.

**STORMS DWORAK LLC**

**Dated:** July 22, 2024

/s/ Jeffrey S. Storms
Jeffrey Storms (#0387240)
Ryan O. Vettleson, #0312915
Naomi E. H. Martin, #0402332
222 South 9th Street, Suite 470
Minneapolis, MN 55402
Telephone:  (612) 455-7050
Facsimile:  (612) 455-7051
E-mail: jeff@newmarkstorms.com
            ryan@newmarkstorms.com
            naomi@newmarkstorms.com

- and -

**ROMANUCCI & BLANDIN**
Antonio M. Romanucci (Admitted pro hac vice)
(Illinois ARDC No, 6190290)
Bhavani Raveendran (Admitted pro hac vice)
(Illinois ARDC No, 6309968)
Sam Harton (Admitted pro hac vice)
(Illinois ARDC No. 6342112)
321 North Clark St., Suite 900
Chicago, Illinois 60654
Phone: 312-458-1000
Fax: 312-458-1004
Email: aromanucci@rblaw.net
braveendran@rblaw.net
sharton@rblaw.net

- and -

**BEN CRUMP LAW**
Christopher M. O'Neal (*pro hac vice*)
(Florida Bar No. 0910201)
717 D Street N.W., Suite 310
Washington, D.C. 20004
E-mail: chris@bencrump.com

*Attorneys for Plaintiffs*

3

| | |
|---|---|
| Dated: July 22, 2024 | KRISTYN ANDERSON<br>City Attorney<br>By<br>*/s Tracey N. Fussy*<br>TRACEY N. FUSSY (311807)<br>SARA J. LATHROP (310232)<br>KRISTIN R. SARFF (388003)<br>Assistant City Attorneys<br>Minneapolis City Attorney's Office<br>350 South Fifth Street, Room 210<br>Minneapolis, MN 55415<br>(612) 673-2254<br>(612) 431-1826<br>(612) 673-3919<br>tracey.fussy@minneapolismn.gov<br>sara.lathrop@minneapolismn.gov<br>kristin.sarff@minneapolismn.gov<br><br>*Attorneys for Defendants* |