UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Karen Wells and Andre Locke as
co-trustees for the next of kin of
Amir Rahkare Locke, deceased,

                Plaintiffs,

v.

Mark Hanneman, in his individual capacity
as a Minneapolis police officer, and the
City of Minneapolis,

                Defendants.

Case No. 23-cv-273 (ECT/DLM)

**Order Striking Pretrial Conference**

    Whereas, the parties' Joint Motion Striking Pretrial Conference [ECF No. 82] came before this Court on the papers;

    Whereas, the Court finds good cause to strike the pretrial conference and hereby issues the following Order:

    1.    The Pretrial Conference in this matter set for August 12, 2024, is hereby stricken as are all deadlines set forth in this Court's July 11, 2024 Order Setting Pretrial Conference; and

    2.    The parties shall alert the Court within five business days upon the entry of any Order by the Eighth Circuit holding that jurisdiction remains with or is returned to this Court.

Dated: _____

                                                                  Hon. Douglas L. Micko