# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-2612

_____

Karen Wells, as co-trustees for the next of kin of Amir Rahkare Locke, deceased; Andre Locke, as co-trustees for the next of kin of Amir Rahkare Locke, deceased

Plaintiffs - Appellees

v.

Mark Hanneman, in his individual capacity as a Minneapolis police officer; City of Minneapolis

Defendants - Appellants

------------------------------

Minnesota Police and Peace Officers Association

Amicus on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the District of Minnesota
(0:23-cv-00273-ECT)

_____

## JUDGMENT

Before COLLOTON, Chief Judge, ERICKSON, and GRASZ, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the appeal is dismissed in accordance with the opinion of this Court.

July 18, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler