# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2612

Karen Wells, as co-trustees for the next of kin of Amir Rahkare Locke, deceased and Andre Locke, as co-trustees for the next of kin of Amir Rahkare Locke, deceased

Appellees

v.

Mark Hanneman, in his individual capacity as a Minneapolis police officer and City of Minneapolis

Appellants

------------------------------

Minnesota Police and Peace Officers Association

Amicus on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the District of Minnesota
(0:23-cv-00273-ECT)
_____

## MANDATE

In accordance with the opinion and judgment of July 18, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 11, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit